No. 1475. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PANIAGUA, ACUSADO Y APELANTE.—San Juan, Sección Segunda.

Acometimiento y agresión grave. Enero 26, 1920. *Desistida la apelación.*